JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CBD FRANCHISING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOME & BUSINESS STORAGE SOLUTIONS, INC., a Florida Corporation; BRIAN O'NEIL, an Individual, and DOES 1-50 Inclusive,<br><br>Defendants. | Case No.: SACV 10-01294 JVS (JCGx)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that, pursuant to the March 3, 2011 Order Granting Plaintiff's Application for Default Judgment [Doc. No. 19], Plaintiff CBD FRANCHISING, INC., (Plaintiff) is awarded Judgment against Defendants HOME & BUSINESS STORAGE SOLUTIONS, INC. and BRIAN O'NEIL, as follows:

1. For damages in the amount of $87,907.59;
2. For interest in the amount of $7,119.27, pursuant to the Court's March 3, 2011 Order [Doc. No. 19];
3. For post-judgment interest pursuant to 28 U.S.C. § 1961;

60489148.1

4. For attorney's fees in the amount of $5,401.07 pursuant to Central District of California Local Rule 55-3;

5. No stay of execution is ordered. The Clerk is ordered to enter the Judgment as stated herein.

DATED: July 05, 2011  _____

UNITED STATES DISTRICT JUDGE